## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**BAY JOHNSON #56210-048**              **CIVIL ACTION NO. 1:26-CV-00533**
                                        **SEC P**

**VERSUS**                              **JUDGE EDWARDS**

**WARDEN U S P POLLOCK**                **MAG. JUDGE PEREZ-MONTES**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objections, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 4) is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers this 4th day of June, 2026.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**